## Government's Sentencing Exhibits

| Government Exhibit No. | Exhibit Description |
|---|---|
| 1 | 0:35 long third-party video depicting Bensch and members of the Guardians of Freedom (GoF) moving towards the Capitol on January 6, 2021. |
| 2 | 2:57 long third-party video depicting Bensch and other members of GoF observing the violence on the LWT and specifically the Tunnel. |
| 3 | 4:08 long third-party video depicting Bensch near the entrance of the Lower West Terrace Tunnel (the Tunnel) on January 6, 2021. |
| 4 | 0:08 long video showing the "Danger Armed Fascists in DC" poster with commentary and zooming in on Bensch, recovered from Bensch's Snapchat account. |
| 5 | 0:09 long audio recording of Bensch talking about joining a militia, recovered from Bensch's Snapchat account. |