UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-cr-180 (TNM) |
| | : | |
| TYLER BENSCH | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT TO LOCAL CRIMINAL RULE 49

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and for clarity of the record, of the following exhibits that were provided to the Court and defense counsel in relation to the government's sentencing memorandum (ECF No. 86).

The government provided the Court and defense counsel five video and audio exhibits via USAfx on July 5, 2023. The proposed Government Exhibits 1-3 are third-party videos taken on January 6, 2021 on the grounds of the U.S. Capitol. Government Exhibit 4 is a video recovered from Snapchat and Government Exhibit 5 is an audio recording recovered from Snapchat.

These exhibits will be offered into evidence during the sentencing hearing scheduled for July 7, 2023. Because the exhibits are video and audio clips, they are not in a format that readily permits electronic filing on CM/ECF.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

1

By:    */s/ Holly Grosshans*
       HOLLY F. GROSSHANS
       Assistant United States Attorney
       D.C. Bar No. 90000361
       U.S. Attorney's Office for the District of Columbia
       601 D Street, N.W.
       Washington, D.C. 20530
       Phone: (202) 252-6737
       Email:   Holly.Grosshans@usdoj.gov